IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Beissmann, Jaclyn T

Printed: 9/30/08

Case Number: 05 B 05534
Judge: Hollis, Pamela S
Filed: 2/17/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 25, 2008
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,774.57 |  |
| Secured: |  | 8,106.34 |
| Unsecured: |  | 2,004.07 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 664.16 |
| Other Funds: |  | 0.00 |
| Totals: | 12,774.57 | 12,774.57 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | Marshall Field & Company | Secured | 0.00 | 0.00 |
| 4. | Mortgage Electronic Registration Sys | Secured | 7,106.34 | 7,106.34 |
| 5. | Ronne Tree Condominium | Secured | 1,000.00 | 1,000.00 |
| 6. | Kohl's/Kohl's Dept Stores | Unsecured | 67.17 | 67.17 |
| 7. | Resurgent Capital Services | Unsecured | 619.14 | 619.14 |
| 8. | United States Dept Of Education | Unsecured | 1,317.77 | 1,317.76 |
| 9. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 10. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 11. | Allied Interstate | Unsecured |  | No Claim Filed |
| 12. | Alegis Corp | Unsecured |  | No Claim Filed |
| 13. | Medical Recovery Specialists | Unsecured |  | No Claim Filed |
| 14. | Meyer & Njus | Unsecured |  | No Claim Filed |
| 15. | Wolpoff & Abramson | Unsecured |  | No Claim Filed |
| 16. | Ralphs Grocery Company | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,110.42 | $ 12,110.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 38.40 |
| 3% | 28.80 |
| 5.5% | 158.41 |
| 5% | 47.99 |
| 4.8% | 76.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Beissmann, Jaclyn T

Printed: 9/30/08

Case Number: 05 B 05534
Judge: Hollis, Pamela S
Filed: 2/17/05

| | |
|---|---|
| 5.4% | 187.62 |
| 6.5% | 126.14 |
| | _____ |
| | $ 664.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____